UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RECOLOGY SAN FRANCISCO; SUNSET SCAVENGER COMPANY; GOLDEN GATE DISPOSAL & RECYCLING COMPANY,<br><br>    Defendants. | NO. 21-CR-0356 WHO<br><br>ORDER ON MOTION FOR LEAVE TO DISMISS INFORMATION |

**ORDER**

Based on the representations of the parties, and for good cause shown, and pursuant to Fed. R. Crim P. 48(a), the government is hereby GRANTED leave to dismiss the Information in *United States v. Recology San Francisco, Sunset Scavenger & Golden Gate Disposal & Recycling Company*, 23-CR-0356 WHO.

**IT IS SO ORDERED.**

Dated:   October 18, 2024

_____
HON. WILLIAM H. ORRICK
United States Senior District Judge